# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff ) | |
| ) | Case Number: 12-cv-04669 |
| v. ) | |
| ) | Judge: Charles P. Kocoras |
| JOHN DOES 1-4 ) | |
| ) | |
| Defendants ) | |

## NOTICE OF MOTION

**TO:** _Paul Nicoletti via ECF _____

**PLEASE TAKE NOTICE** that on **November 14, 2012 at 9:30am,** or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Charles Pl. Kocoras or any judge sitting in his stead in **Courtroom 1719** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion previously filed:** FOR ADDITIONAL TIME TO SERVE DEFENDANTS

_____

### CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2012, I provided service to the person or persons listed above by the following means: ECF

Signature: __/s/ Mary K. Schulz                              Date: November 8, 2012

Mary K. Schulz, 6183773
Schulz Law, P.C.
1144 E. State Street, Suite A260
Geneva, IL 60134
224.535-9510