# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Malibu Media, LLC

                              Plaintiff,

v.                                                         Case No.: 1:12–cv–04669

                                                          Honorable Charles P. Kocoras

John Does 1–7

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 13, 2012:

      MINUTE entry before Honorable Charles P. Kocoras:Plaintiff's motion (Doc [12]) for an extension of time to 12/1/2012 to serve Doe defendants with summons and complaint is granted. Status hearing is reset from 11/14/2012 to 12/19/2012 at 9:30 a.m. Hearing on said motion for an extension of time, set for 11/14/2012, is stricken.Mailed notice(sct, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.