# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| MALIBU MEDIA, LLC, | Case Number: 1:12-cv-04669 |
| Plaintiff, | Assigned to Honorable Charles P. Kocoras |
| v. | |
| JOHN DOES 1 through 7, | |
| Defendants. | |

## NOTICE OF MOTION TO REASSIGN RELATED CASES

PLEASE TAKE NOTICE that on Wednesday, December 5, 2012, at 9:30 a.m., or as soon

thereafter as I may be heard, I shall appear before the Honorable Charles P. Kocoras, or any judge

sitting in his stead in Courtroom 1719 of the United States District Court of the Northern District

of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall present the

following motion attached hereto: John Doe's Motion to Reassign Related Cases (ECF No. 15).

 _/s/ Morgan E. Pietz_____          /s/ Erin Kathryn Russell (with permission)

*Pro Hac Vice*                          *Local Counsel*

Morgan E. Pietz (Cal. Bar No. 260629)   Erin Kathryn Russell
THE PIETZ LAW FIRM                      233 South Wacker Drive
3770 Highland Ave., Ste. 206            84th Floor
Manhattan Beach, CA 90266               T: 312-994-2424
mpietz@pietzlawfirm.com                 F: 312-706-9766
Telephone:   (310) 424-5557             erin@russellfirmchicago.com
Facsimile:   (310) 546-5301

Attorney for:
Putative John Doe "X" in 1:12-cv-6675

**CERTIFICATE OF SERVICE**

       I hereby certify that on November 15, 2012, the above document was submitted to the CM/ECF system, which sent notification of such filing(s) to the Plaintiff which is registered for electronic service.

       Check if Applicable:

       [    ]    Copies of these documents were also served via U.S. Mail, on this date, to the following parties, who are not registered for electronic service:

             N/A

DATED: November 15, 2012                  THE PIETZ LAW FIRM

                                      */s/ Morgan E. Pietz*
                                        Morgan E. Pietz
                                        THE PIETZ LAW FIRM
                                        Attorney for Putative John Doe(s)
                                        E-mail: mpietz@pietzlawfirm.com

**NOTICE OF MOTION TO REASSIGN RELATED CASES**