**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| MALIBU MEDIA, LLC, ) | |
| ) | |
| Plaintiff, ) | Civil Case No. <u>1:12-cv-04669</u> |
| ) | |
| v. ) | |
| ) | |
| JOHN DOES 1-7, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF VOLUNTARY DISMISSAL
<u>WITHOUT PREJUDICE OF ALL JOHN DOE DEFENDANTS</u>**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses all John Doe Defendants from this action <u>without prejudice</u>. Defendants were assigned the IP addresses: 24.1.47.46, 24.12.13.30, 24.14.2.83, 67.167.240.83, 1.194.78.34, 98.226.6.126 and 207.181.230.64, respectively. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendants have neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: December 3, 2012

                                                                   Respectfully submitted,

                                                                   NICOLETTI & ASSOCIATES, PLLC

By:   /s/ *Paul J. Nicoletti*
       Paul J. Nicoletti, Esq. (P44419)
       36880 Woodward Ave, Suite 100
       Bloomfield Hills, MI 48304
       Tel: (248) 203-7800
       Fax: (248) 203-7801
       E-Fax: (248) 928-7051
       Email: paul@nicoletti-associates.com
       *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 3, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Paul J. Nicoletti*
Paul J. Nicoletti, Esq. (P44419)