# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 1:12-cv-04669 |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN DOES 1-7, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF RETRACTING VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**:  A legal assistant erroneously filed the Notice of Voluntary Dismissal contained on the preceding docket entry [Dkt. 19] without my knowledge. Consequently, Plaintiff voluntarily retracts its notice.

Dated:  December 4, 2012

Respectfully submitted,

NICOLETTI & ASSOCIATES, PLLC

By:      /s/ *Paul J. Nicoletti*
Paul J. Nicoletti, Esq. (P44419)
36880 Woodward Ave, Suite 100
Bloomfield Hills, MI 48304
Tel:  (248) 203-7800
Fax:  (248) 203-7801
E-Fax: (248) 928-7051
Email:  paul@nicoletti-associates.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 4, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By:      /s/ *Paul J. Nicoletti*