IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MALIBU MEDIA, LLC, | ) | |
| | ) | |
| Plaintiff | ) | No. 12 cv 04669 |
| | ) | |
| vs | ) | Judge Charles P. Kocoras |
| | ) | |
| JOHN DOES 1 - 7 | ) | |
| | ) | |
| Defendants | ) | |

**PLAINTIFF'S MOTION TO STRIKE THE**
**FILINGS BY MORGAN E. PIETZ**

Malibu Media, LLC, ("Malibu Media"), by its undersigned attorney, prays for the entry of an order, pursuant to LR 5.6 striking any and all filings in this case by Morgan E. Pietz, ("Pietz"). In support of its motion, Malibu Media states as follows:

1. Malibu Media filed its complaint on June 14, 2012 against unknown defendants, John Does 1 - 7.

2. Pietz has not filed an appearance on behalf of any of the parties in this case.

3. On November 9, 2012 Pietz filed a document titled "John Does' Motion to Reassign Related Cases", docket entry 15, (the "Pietz Motion").

4. The local rules of this Court prohibit the filing of any document, other than a motion to intervene, by a non-party unless approved by the court. LR 5.6.

5. Pietz has not filed a motion to intervene in this case.

6. No court order has been entered permitting Pietz to file any document in this case.

7. LR 5.6 states that any document accepted for filing, either inadvertently or

by mistake, may be stricken by the court on its own motion with or without notice.  LR 5.6.

WHEREFORE, Malibu Medai, LLC prays for the entry of an order striking any filings by Morgan E. Pietz and for such further and additional relief as this Court deems right and just.

MALIBU MEDIA, LLC


    /s/Mary K. Schulz
One of its attorneys

Mary K. Schulz, 6183773
Schulz Law, P.C.
1144 E. State Street, Suite A260
Geneva, IL 60134
224.535-9510


CERTIFICATE OF SERVICE

I, the undersigned attorney, certify that on December 4, 2012 I electronically filed the foregoing **Motion to Strike** with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all entitled to notice.

    /s/Mary K. Schulz
Mary K. Schulz