# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |
|---|---|
| MALIBU MEDIA, LLC, ) <br> ) <br> Plaintiff ) <br> ) <br> v. ) <br> ) <br> JOHN DOES 1-4 ) <br> ) <br> Defendants ) | Case Number: 12-cv-04669 <br><br> Judge: Harry D. Lienenweber |

**AMENDED NOTICE OF MOTION**

**TO:** All Parties via CM/ECF

**PLEASE TAKE NOTICE** that on **December 13, 2012 at 9:30am,** or as soon thereafter as I may be heard, I shall appear before the Honorable Harry D. Lienenweber or any judge sitting in his stead in **Courtroom 1941** of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion:** TO STRIKE THE FILINGS BY MORGAN E. PIETZ

---

### CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2012, I provided service to the person or persons listed above by the following means: ECF


Signature: __/s/ Mary K. Schulz                                    Date: December 7, 2012


Mary K. Schulz, 6183773
Schulz Law, P.C.
1144 E. State Street, Suite A260
Geneva, IL 60134
224.535-9510