# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Malibu Media, LLC

                     Plaintiff,

v.                                       Case No.: 1:12–cv–04669
                                                 Honorable Harry D. Leinenweber

John Does 1–7

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 13, 2012:

      hearing set for 2/20/2013 at 09:00 AM.Mailed notice(wp, )MINUTE entry before Honorable Harry D. Leinenweber:Plaintiff's Motion to strike the filings by Morgan E. Pietz [21] is granted. Plaintiff's oral motion for additional time for service is granted. Status hearing held on 12/13/2012. Status

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.